UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON FONTANEZ, *individually and on behalf of all others similarly situated*,

                  Plaintiff,

      -v-

BOW USA, LLC, and LEXON,

                  Defendants.
------------------------------------------------------------------X

22-CV-5147 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 27, Defendants' earlier motion to dismiss filed at Docket No. 15 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **December 12, 2022**. Defendants' reply, if any, is due by **December 19, 2022**. Additionally, the conference (currently scheduled for January 5, 2023, *see* Docket No. 12) is ADJOURNED *sine die*.

      The Clerk of Court is directed to terminate Docket No. 15.

      SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                                  JESSE M. FURMAN
                                             United States District Judge