UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>                    -v.-<br><br>BOW USA, LLC, et al.,<br><br>                                   Defendants. | 22 Civ. 5147 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

        The Court, having been advised at ECF No. 40 that Plaintiff Ramon Fontanez ("Plaintiff") and Defendant Bow USA, LLC ("Bow USA") have reached a settlement, hereby ORDERS that all deadlines in connection with Plaintiff's claims against Bow USA in the above-titled action are hereby stayed, and any conferences adjourned, for a period of **60 days from the date** of this Order.  Plaintiff and Bow USA shall, **within 60 days** of the date of this Order, file a joint stipulation of dismissal or settlement.  **Requests to extend this deadline are unlikely to be granted.**

        All prior orders, dates, and deadlines in connection with Plaintiff's claims against Defendant Lexon shall remain in effect.

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the aforementioned deadline to be "so ordered" by the Court.  Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

        SO ORDERED.

Dated: January 24, 2023
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge