USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/3/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RAMON FONTANEZ, Individually, and On :
Behalf of All Others Similarly Situated,    :
                                            :    Case No. 1:22-cv-05147-JHR
                      Plaintiff,            :
                                            :
    vs.                                     :    **STIPULATION OF DISMISSAL**
BOW USA, LLC,                               :    **AGAINST DEFENDANT BOW USA, LLC.**
                                            :
                      Defendant.            :
                                            :
                                            :
                                            :
                                            :
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that the action against Bow USA, LLC shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 28, 2023                  **MIZRAHI KROUB LLP**

                                        [signature]

                                        EDWARD Y. KROUB
                                        WILLIAM J. DOWNES
                                        225 Broadway, 39th Floor
                                        New York, NY  10007
                                        Telephone:  212/595-6200
                                        212/595-9700 (fax)
                                        ekroub@mizrahikroub.com
                                        wdownes@mizrahikroub.com

                                        *Attorneys for Plaintiff*

DATED: March 28, 2023

FOX ROTHSCHILD, LLP (NYC)

Bryn Goodman
101 Park Avenue, 17th Floor
New York, NY 10178
212-878-7900
Fax: 212-692-0949
Email: bgoodman@foxrothschild.com

*Attorney for Defendant*

Defendant Bow USA, LLC ("Bow") shall be dismissed from the above-captioned action, with prejudice.  The Clerk of Court is directed to terminate all deadlines as to Bow and to terminate Bow's pending motion to dismiss (ECF No. 27).  All prior orders, dates, and deadlines in connection with Plaintiff's claims against Defendant Lexon ("Lexon") shall remain in effect.  By April 11, 2023, Plaintiff shall file either an affidavit of service or a status letter regarding service on Lexon.
SO ORDERED.

*Jennifer H. Rearden*
April 3, 2023

2